740 A.2d 1137

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Crispin ALEJANDREZ, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided July 21, 1999.

Joseph C. Madenspacher, D.A., Susan E. Moyer, Asst. D.A., for Com.

Andrea F. McKenna, Sr. Dep. Atty. Gen., for intervenor-Com.

James J. Karl, Chief Public Defender, Scott K. Oberholtzer, Asst. Public Defender, for Crispin Alejandrez.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated December

17, 1997 insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.

Justice CASTILLE files a Dissenting Statement.

CASTILLE, Justice, dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999).